DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**YANIV OFFIR,**
Appellant,

v.

**WILMINGTON SAVINGS FUND SOCIETY, FSB,** d/b/a **CHRISTIANA TRUST, NOT INDIVIDUALLY, BUT AS TRUSTEE FOR PRETIUM MORTGAGE ACQUISITION TRUST,** as assignee of **CITIMORTGAGE, INC.,** Successor by merger to **ABN AMRO MORTGAGE GROUP, INC., SAMANTHA DOGGETT** a/k/a **SAMANTHA OFFIR,** and **BANK OF AMERICA, NA.,**
Appellees.

No. 4D19-59

[January 9, 2020]

Appeal from the Circuit Court for the Seventeenth Judicial Circuit, Broward County; Frank David Ledee, Judge; L.T. Case No. CACE12-017033.

Mark L. Pomeranz of Pomeranz & Associates, P.A., Hallandale, for appellant.

Adam J. Knight and Jacqueline Simms-Petredis of Burr & Forman LLP, Tampa, for appellee Wilmington Savings Fund Society, FSB.

PER CURIAM.

*Affirmed.*

TAYLOR, CIKLIN and KUNTZ, JJ., concur.

\* \* \*

***Not final until disposition of timely filed motion for rehearing.***